IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

ANTONIO LOZANO (DECEASED)    )
and ANTONIA LOZANO,    )
    )
    Plaintiffs,    )    TC-MD 111038N
    )
    v.    )
    )
WASHINGTON COUNTY ASSESSOR    )
and DEPARTMENT OF REVENUE,    )
State of Oregon,    )
    )
    )
    Defendants.    )    **DECISION OF DISMISSAL**

This matter is before the court on Defendant Department of Revenue's (the department's)

motion made by letter dated September 11, 2012, to dismiss the Amended Complaint of Plaintiff

Antonia Lozano (Plaintiff) because the appeal has become moot.

Plaintiff filed her Amended Complaint on October 31, 2011, challenging the

department's inactivation of Plaintiff's property tax deferral for property identified as Account

R412583 under the Senior and Disabled Property Tax Deferral Program (deferral program) for

the 2011-12 tax year.  In support of its motion to dismiss, the department states:

> "Subsequent to the case management hearing held on August 20, 2012,
> Ms. Lozano provided the department with her household income information,
> which showed she was under the income limit for eligibility in the deferral
> program.  Consequently, the [department] has now determined that [P]laintiff's
> homestead *is eligible* for deferral for the 2011/12 tax year, and has already
> initiated the process to pay her 2011/12 (and 2012/13) property taxes to the
> county.  There remains no dispute regarding [ P]laintiff's eligibility for property
> tax deferral for the 2011/12 tax year, and this appeal should be dismissed as
> moot."

(Def's Ltr, Sept 11, 2012 (emphasis in original).)  As of the date of this decision, Plaintiff has

not filed a response to the department's letter.  After considering the matter, the court finds

that Plaintiff's appeal should be dismissed as moot because Plaintiff has received the relief

requested.  Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of September 2012.


ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on September 24, 2012.  The Court filed and entered this document on September 24, 2012.*